UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE MEDICAL PROTECTIVE COMPANY | : : : |
| Plaintiff, | : NO. 11-CV-00060 : : |
| v. | : : **OPINION AND ORDER** |
| R. SCOTT BLANKENBURG, M.D., et al., | : : : |
| Defendants. | : |

**ORDER GRANTING JUDGMENT BY DEFAULT**

Default was entered against Defendants, R. Scott Blankenburg, M.D., Mark E. Blankenburg, M.D., and Pediatrics of Hamilton, Inc., on May 9, 2011. Plaintiff has requested entry of default judgment. Therefore, pursuant to Federal Rule of Civil Procedure 55(b)(1), judgment is entered against these defendants in favor of Plaintiff. Accordingly, the Court DECLARES the following: Plaintiff has no duty to defend Defendants in the case <u>John Doe and James Roe vs. R. Scott Blankenburg, M.D., Mark E. Blankenburg, M.D., and Pediatrics of Hamilton, Inc.</u>, pending in the Butler County Common Pleas Court, Ohio, case no. CV 2010 08 3506; Plaintiff has no duty to indemnify or otherwise cover Defendants for any verdict in said case; and Defendants shall reimburse Plaintiff its filing fees in this matter, in the amount of $350. SO ORDERED.

Dated: July 6, 2011     s/S. Arthur Spiegel

                        S. Arthur Spiegel
                        United States Senior District Judge